UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

JS 6

| Case No. | EDCV 16-301 DSF (SPx) | Date | 2/22/16 |
|---|---|---|---|
| Title | DLI Properties, LLC v. Pradeep Punhani, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Riverside

    Defendants removed this action on February 19, 2016, based on federal question jurisdiction. The complaint is a state law unlawful detainer complaint and does not state a federal cause of action. Federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See <u>Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc.</u>, 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Riverside.

    IT IS SO ORDERED.